**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following Plaintiffs:

1:16-cv-03230
1:16-cv-03365
1:16-cv-03430
1:16-cv-03431
1:16-cv-03432
1:16-cv-03435
1:16-cv-03436
1:17-cv-00350
1:17-cv-00356
1:17-cv-00359
1:17-cv-00700
1:17-cv-01052
1:17-cv-01689

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Southern District of Indiana Local Rule 83-7(c), Kenneth J. Wink, Jr. is hereby

substituted by Ruston J. Pritchard of the Murray Law Firm as counsel of record for Plaintiffs. All

future pleadings and notifications should be delivered as follows:

Ruston J. Pritchard
MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
rpritchard@murray-lawfirm.com

The substitution affects **only** counsel of record from the Murray Law Firm.

Dated: December 19th, 2025

*/s/ Stephen B. Murray, Jr.*
Stephen B. Murray, Jr., LA Bar 23877
MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: 504-525-8100
Fax: 504-584-5249
Email: smurrayjr@murray-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19th, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Stephen B. Murray, Jr.*